ANNA CAPAZZI, as Administratrix, etc., Respondent, v. EMPIRE GAS AND ELECTRIC COMPANY, Appellant.— Judgment and order reversed and complaint dismissed, with costs. Held, that the defendant's motion for the direction of a verdict should have been granted; that the plaintiff failed to show actionable negligence. All concurred.

THOMAS R. NUGENT, as Administrator, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Estate of H. CLARENCE RICH, Deceased. ADDIE E. RICH, Individually and as Executrix, etc., Appellant; LYNN W. RICH and Others, Respondents.— Decree affirmed, with separate bills of costs to each party appearing upon this appeal by separate attorney, payable out of the estate, upon the authority of *Matter of Skinner* (81 App. Div. 449; affd., 180 N. Y. 515) and *Owens* v. *Owens* (64 App. Div. 212). All concurred.

MARKS LAZERSOHN and Another, Appellants, v. FRANK A. FLORA and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

KATHERINE ABBOTT, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MONTOUR COAL AND COKE COMPANY, INC., Appellant, v. DANA R. HERRON, Respondent.— Judgment and order affirmed, with costs. All concurred.

SAMUEL GOLDEN, Respondent, v. THE BUFFALO COPPER AND BRASS ROLLING MILL, Appellant.— Judgment and order affirmed, with costs. All concurred.

ARDEEN E. RICHMOND, Appellant, v. MARTHA E. QUICK, Respondent, Impleaded with Another.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concurred.

EDWARD P. HARTNETT, Respondent, v. MARY E. HUDSON, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of THE CITY OF BUFFALO, Respondent, to Acquire Lands, etc., for Street Purposes, etc. (Proceeding No. 32; Parcel No. 27.) ANTONIO PATUZZI, Appellant; JOHN GETHICKER, Respondent.— Order affirmed, with costs. All concurred.